Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

_____ Division

FILED BY _MCO_ D.C.

NOV 17 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Pedro Anaya

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Allied Universal Security Services

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I.      The Parties to This Complaint

   A.      The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
   needed.

| | |
|---|---|
| Name | Pedro Anaya |
| Street Address | 1255 NW 5 St #206 |
| City and County | Miami, Dade County |
| State and Zip Code | Florida 33142 |
| Telephone Number | (305) 788-16-41 |
| E-mail Address | Pedroanaya20241972@gmail.com |

   B.      The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an
   individual, a government agency, an organization, or a corporation. For an individual defendant,
   include the person's job or title (if known). Attach additional pages if needed.

Corporation

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Defendant No. 2

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Defendant No. 3

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* ___corporation___ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* **Allied Universal Security Service**, is incorporated under

        the laws of the State of *(name)* **Florida**, and has its

        principal place of business in the State of *(name)* **Unknown**.

        Or is incorporated under the laws of *(foreign nation)* **Unknown**,

        and has its principal place of business in *(name)* **Unknown**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**Unknown, open**

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**2 metro rail security officers at metrorail train station at goverment center stop platform without no understanding reason escording me into goverment center building to bottom ground while obeying orders, I was kicked and thrown down into a moving escalator loosing movement and breath in plain view of cameras on a disable person. Dade County Police report violation of my own Security**

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**I am living Amount of damages and relief and abused to Federal Judge Metro Dade Police report #, PD041203374694**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-17-25

Signature of Plaintiff    Pedro Anaya

Printed Name of Plaintiff

### B. For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT | Agency Report Number |
|---|---|---|---|
| 030 | 12/04/2024 | MIAMI-DADE SHERIFF'S OFFICE | PD241203374694 |

## REPORT SUMMARY (ORIGINAL)

☐ L.E. Exempt ☐ D.V. ☐ Poss. Mental Health Disorder ☐ Gang Related ☐ Juv. in Report ☑ Juv. Warn/Dismiss ☐ Marsy's Law ☐ Tourist

Victims: 0   Offenders: 0   Stolen Vehicles: 0   Offenses: 1   Properties: 0   SARS: NO   Drive By: NO

## INCIDENT (111 NW 1ST ST)

| Original Reported Date | Title or Classification | Time Dispatched | Time Arrived | Time Completed |
|---|---|---|---|---|
| TUE, 12/03/2024 23:05 | TRESPASS WARNING | 12/03/2024 23:07 | 12/03/2024 23:18 | 12/04/2024 00:15 |

| Incident From | Incident To | District |
|---|---|---|
| TUE, 12/03/2024 23:00 | TUE, 12/03/2024 23:10 | GOVERNMENT SERVICES |

| Incident Location | City | Zip | Grid | Area |
|---|---|---|---|---|
| 111 NW 1ST ST | MIAMI | 33128 | 9311 | 3 |

| Business Name/Area Identifier | Forced Entry | Occupancy | Cargo Theft |
|---|---|---|---|
| GOVERNMENT CENTER STATION | N/A | N/A | N/A |

## OFFENSES

### 777.7777(7777) MDPD MISC STATUTE

| Description | Statute | Subsection | Ordinance | |
|---|---|---|---|---|
| MDPD MISCELLANEOUS STATUTE | 777.7777(7777) | 7777 | | ☐ D.V. |

| Type | Action | FDLE/FIBRS |
|---|---|---|
| OTHER | N/A | 0099 |

| Location Type | Method of Entry | # of Premises Entered |
|---|---|---|
| METRO RAIL | | 0 |

| Suspected of Using | Criminal Activity | Bias/Motivation |
|---|---|---|
| NOT APPLICABLE | NONE/UNKNOWN | NONE (NO BIAS) |

## VICTIM/WITNESS

### 2 - REPORTING PERSON-DEL RIO, CARLOS

**1**

| V/W Code | Offenses Indicator |
|---|---|
| REPORTING PERSON | 777.7777(7777) |

| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | Victim Type |
|---|---|---|
| DEL RIO, CARLOS | AT WORK | ADULT |

| Address | City, State Zip  Country |
|---|---|
| 111 NW 1ST ST | MIAMI, FLORIDA 33128  US |

| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
|---|---|---|---|---|---|---|
| WHITE | MALE | 05/11/1998 | 26 | ☐ | YES | OTHER HISPANIC |

| Residence Type | Residence Status | Extent of Injury | Will victim prefer charges? |
|---|---|---|---|
| COUNTY | FULL YEAR | | |

| Web Site | Email Address |
|---|---|
| | |

### Phone Numbers

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| BUSINESS | 305-533-8811 | | |

### 3 - OTHER-ANAYA, PEDRO

**2**

| V/W Code | Offenses Indicator |
|---|---|
| OTHER | 777.7777(7777) |

| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | Victim Type |
|---|---|---|
| ANAYA, PEDRO | OTHER ACTIVITY | ADULT |

| Address | City, State Zip  Country |
|---|---|
| 1255 NW 58TH ST | MIAMI, FLORIDA 33142  US |

| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
|---|---|---|---|---|---|---|
| WHITE | MALE | 04/13/1972 | 52 | ☐ | YES | OTHER HISPANIC |

| Residence Type | Residence Status | Extent of Injury | Will victim prefer charges? |
|---|---|---|---|
| COUNTY | FULL YEAR | | |

| Web Site | Email Address |
|---|---|
| | |

| Version: 32.02.09-2 Revised 7/29/2015 | Officer: 030-10193 ALMAGUER, N. K. | Page 1 of 3 |
|---|---|---|